## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kim Gruetzmacher,                                  Civil No. 04-04780 (RHK/AJB)

      Plaintiff,

v.                                                 **ORDER OF DISMISSAL WITH PREJUDICE**

Acuity, a Mutual Insurance Company, a
Wisconsin Corporation (f/k/a Heritage
Mutual Insurance Company),

      Defendant.

---

Pursuant to the Stipulation of the parties, the above-entitled action is hereby **DISMISSED WITH PREJUDICE** and without costs or attorneys fees to either party. Judgment may be entered accordingly.

Dated: July 11, 2005

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge